UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **DARLENE MORRIS as Conservator** | ) | |
| **for MATTHEW MORRIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:15-cv-00239** |
| **v.** | ) | **Judge Sharp/Brown** |
| | ) | |
| **GENERAL MOTORS, LLC;** | ) | |
| **ALEXANDER CHEVROLET-** | ) | |
| **CADILLAC, LLC; ALEXANDER** | ) | |
| **CHEVROLET, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Plaintiff's Motion to Remand (Docket No. 7) is hereby GRANTED, and this case is hereby REMANDED to the Circuit Court of Davidson County, Tennessee.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE